UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:26-cv-03249-AB-AJR | Date: | May 29, 2026 |
|-----------|----------------------|-------|--------------|

Title:  *Chen Wang Cole v. Baby Needs Inc., et al.*

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

|  |  |
|---|---|
| Evelyn Chun | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order To Show Cause Re: Dismissal for Lack of Prosecution**

Plaintiff is **ORDERED** to show cause why this case should not be dismissed for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

The below time period has not been met.   Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, **on or before June 5, 2026,** why this action should not be dismissed for lack of prosecution.   This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78.   Failure to respond will be deemed consent to the dismissal of the action.

☒    Defendant Baby Needs Inc. was served with the Complaint on April 7, 2026 and response was due on April 28, 2026 (Dkt. No. 9).   On April 28, 2026, Defendant filed a Stipulation Extending Time to Answer the Complaint with a new due date of May 28, 2026 (Dkt. No. 12).   Defendant did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).   Plaintiff can satisfy this order by seeking

| CV-90 (12/02) | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk <u>EVC</u> |
|---|---|---|

entry of default or by dismissing the complaint.

**IT IS SO ORDERED**.