Robert Tauler (SBN 241964)
rtauler@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 1100
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Chen Wang Cole*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEN WANG COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BABY NEEDS, INC., a North Carolina corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03249-AB-AJR<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Chen Wang Cole and Defendant Baby Needs, Inc. have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss her individual claims with prejudice within the next 45 days.

DATED: June 1, 2026                    **TAULER SMITH LLP**


By:   */s/ Robert Tauler*
        Robert Tauler, Esq.
        Attorneys for Plaintiff
        Chen Wang Cole

NOTICE OF SETTLEMENT